# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MAROWITZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SARAH WILLIAMS, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01892-DAD-BAM<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Plaintiff Andrew Marowitz, proceeding pro se, file the instant action on December 20, 2016. (Doc. No. 1.) Plaintiff filed a first amended complaint on December 14, 2017, and summonses and new case documents were issued on May 9, 2018. (Doc. Nos. 5, 6, and 7.) An Initial Scheduling Conference is currently set for August 16, 2018, at 8:30 AM before the undersigned. (Doc. No. 7.)

On August 2, 2018, Plaintiff filed a status update and an apparent motion to amend his complaint. Included in Plaintiff's status report is a request to continue the initial scheduling conference because Plaintiff has not yet served any of the defendants and summonses have not been issued in connection with his second amended complaint. (Doc. No. 8.)

The Court is unable to conduct a scheduling conference until the defendants have been served with the summons and operative complaint. Accordingly, based on the status of this action, and for cause appearing, the Initial Scheduling Conference currently set for August 16, 2018, is HEREBY CONTINUED to **October 4, 2018, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A Joint Scheduling Report, carefully prepared

and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference and shall be e-mailed in Word format to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **August 9, 2018** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE