UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MAROWITZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SARAH WILLIAMS, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01892-DAD-BAM<br><br>**ORDER SETTING STATUS CONFERENCE** |

On April 29, 2021, the Court held a telephonic conference to address scheduling of this action. Plaintiff Andrew Marowitz telephonically appeared in *pro se.* Counsel Steven Crass telephonically appeared on behalf of Defendants Sarah Williams and the Mariposa County Planning Department. No appearance by the State of California or the Attorney General of the State of California.

In advance of the conference, Plaintiff and Defendants Williams and the Mariposa County Planning Department filed status reports. (Docs. 50, 52.) According to Defendants' report, they intend to file a motion to dismiss based on claim preclusion and therefore request a stay of discovery until after the Court's ruling on any motion to dismiss. (Doc. 50 at 5.) According to Plaintiff's report, he intends to file a motion seeking leave to amend the Second Amended Complaint. (Doc. 52 at 4.)

///

During the conference, the Court and parties discussed the anticipated motions and the request for a stay of discovery. Defendants will file their motion to dismiss based on claim preclusion as soon as possible. As ordered at the conference, and for good cause, including the interests of party and judicial economy, discovery is stayed in this action pending resolution of the anticipated motion to dismiss and, as appropriate and necessary, any motion brought by Plaintiff seeking leave to amend the complaint. A further telephonic status conference is set for **August 19, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated: __**April 29, 2021**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE